| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |

JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 15-42239 L |
| **Sudev Singh Banga**, | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA in the above-referenced bankruptcy case.

    McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

    McCarthy & Holthus, LLP
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 7/22/2015

McCarthy & Holthus, LLP

By: /s/Merdaud Jafarnia

Merdaud Jafarnia, Esq.,
Attorneys for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA

M&H File No. CA-15-116987